**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6472**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MAURICE QUINCY DESHAWN WILLIAMS, a/k/a Smoove,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-cr-00153-D-1)

Submitted:  August 22, 2024                          Decided:  August 27, 2024

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maurice Quincy Deshawn Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Quincy Deshawn Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Williams' motion. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Williams*, No. 5:19-cr-00153-D-1 (E.D.N.C. May 9, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*